**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01506-LTB-MEH

QFA ROYALTIES, LLC,
QUIZNO'S FRANCHISING, LLC., and
QIP HOLDER, LLC,

       Plaintiffs,

v.

JEHAD MAJED, and
ALI MAJED,

       Defendants.
_____

**ORDER RE REMOVAL FROM E-FILING SERVICE LIST**
_____

THIS MATTER comes before the Court on the Motion of Nicholas P. Hansen and the Hansen Law Firm, LLC ("Hansen") requesting the Court to remove it from the E-Filing Service list.  The Court, being fully advised, grants the Motion and orders the Clerk of the Court to remove Nicholas P. Hansen and the Hansen Law Firm, LLC from the E-Filing Service List in the above-referenced case.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Chief Judge

DATED: November 20, 2006