**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01506-LTB-MEH

QFA ROYALTIES, LLC,
QUIZNOS FRANCHISING II, LLC, and
QIP HOLDER, LLC,

       Plaintiffs,

v.

JEHAD MAJED, and
ALI MAJED,

       Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(i) (Doc 34 - filed February 16, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: February   22  , 2007